```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | Criminal Action |
| ) | No. 07-CR-00203 |
| vs.                      ) | USM#60187-066 |
| ) | |
| JOEL MICHAEL TYSON,       ) | |
| ) | |
| ) | |
| Defendant       ) | |

O R D E R

NOW, this 21st day of December, 2007, upon consideration of the Motion and Memorandum for Bail Pending Appeal, which motion and memorandum were filed on behalf of defendant Joel Tyson on October 8, 2007; the Motion and Memorandum for Bail Pending Appeal, which motion and memorandum were filed on behalf of defendant Joel Tyson on October 12, 2007;[1] upon consideration of the Government's Response to Defendant's Motion for Bail Pending Appeal, which response was filed October 17, 2007; after hearing held November 7, 2007; and for the reasons articulated in the accompanying Memorandum,

IT IS ORDERED that defendant's motion is denied.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge

---

[1] On October 12, 2007 defendant filed the same motion and memorandum that was previously filed on October 8, 2007.  Because both filings are exactly the same, I consider them both one motion and memorandum.